# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

---

ELIOTT BERMAN
Direct dial: (973) 565-2045
eberman@mdmc-law.com

**MEMO ENDORSED:** The conference scheduled for June 1, 2023 is adjourned to June 8, 2023 at 10:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

**BY ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

SO ORDERED.

_Paul G. Gardephe_ (signature)

Paul G. Gardephe
United States District Judge
May 8, 2023

Re: *Tyler Prince Branch v. Caswell-Massey Holdings, LLC, et al.*
Civ. Case No. 1:22-cv-10146-PGG

Dear Judge Gardephe:

This firm represents defendants Caswell-Massey Holdings, LLC, Caswell-Massey New York, LLC, and Caswell-Massey LLC (collectively, "Defendants") in the above-referenced action commenced by plaintiff Tyler Prince Branch ("Plaintiff"). This letter is written pursuant to Rule I.E of Your Honor's Individual Rules of Practice and seeks an adjournment of the Initial Pretrial Conference that, per Your Honor's Memo Endorsed Order, dated May 1, 2023 (the "May 1 Memo Endorsed Order") (ECF Doc. No. 24), was adjourned to June 1, 2023, at 11:00 am.

The May 1 Memo Endorsed Order also referred this matter for a settlement conference before Magistrate Judge Gorenstein. Subsequent to the issuance of the May 1 Memo Endorsed Order, Magistrate Judge Gorenstein issued an Order, dated May 1, 2023 (ECF Doc. No. 26), that scheduled a settlement conference for May 30, 2023 at 2:30 pm.

The reason for the requested adjournment of the Initial Pretrial Conference is that I am unavailable on June 1, due to my daughter's wedding that evening. Plaintiff does not oppose this request. Counsel for both Plaintiff and Defendants are available on Thursday, June 8, 15, and 22.

We thank the Court for its time and consideration to this matter.

Respectfully submitted,
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

/s/ Eliott Berman
Eliott Berman

cc: Counsel of Record (by ECF)

McElroy, Deutsch, Mulvaney & Carpenter, LLP
COLORADO · CONNECTICUT · DELAWARE · FLORIDA · MASSACHUSETTS · NEW JERSEY · NEW YORK · PENNSYLVANIA · RHODE ISLAND