# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

ELIOTT BERMAN
Direct dial:  (973) 565-2045
eberman@mdmc-law.com

May 22, 2023

**BY ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

**Re:**   *Tyler Prince Branch v. Caswell-Massey Holdings, LLC, et al.*
Civ. Case No. 1:22-cv-10146-PGG-GWG

Dear Judge Gorenstein:

This firm represents defendants Caswell-Massey Holdings, LLC, Caswell-Massey New York, LLC, and Caswell-Massey LLC (collectively, "Defendants") in the above-referenced action commenced by plaintiff Tyler Prince Branch ("Plaintiff").  This letter is written pursuant to Rule 1.G of Your Honor's Individual Practices and seeks permission to bring electronic devices to the Courthouse for the settlement conference in the above-referenced matter, which is scheduled for **May 30, 2023**, at 2:30 pm in Courtroom 6-B, 500 Pearl Street, New York, New York.

Attached is a proposed form of order that would permit me to bring one Personal Electronic Device (an iPhone) and one General Purpose Computing Device (a laptop) (as those terms are defined in the Court's Standing Order M10-468 (revised)) to the May 30, 2023 settlement conference.

We thank the Court for its time and consideration to this matter.

Respectfully submitted,
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

/s/ Eliott Berman
Eliott Berman

Enclosure
cc: Counsel of Record (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――――――― x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

―――――――――――――――――――――――――――――――――――― x

        The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

        ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

        ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

        The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

*(Attach Extra Sheet If Needed)*

        The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

        SO ORDERED:

Dated:         _____

        _____
                       United States Judge

Revised: July 1, 2019.